BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff ROBERT E. HAMPTON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT E. HAMPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | No.  1:09-CV-0056 GSA<br><br>STIPULATION TO DISMISSAL |

  The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: June 22, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for ROBERT E. HAMPTON |

 

DATED:  June 23, 2009    LAWRENCE G. BROWN
Acting United States Attorney

*/S/-Shea L. Bond*
_____
SHEA L. BOND
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via email authorization on 6/23/09]

1
2       IT IS HEREBY ORDERED, based on the stipulation by and between the
3   parties, through their respective counsel, that the court dismisses the above matter
4   without prejudice. Each side to bear his/her own costs and expenses, including but
5   not limited to attorney's fees.
6       IT IS SO ORDERED.
7
8   DATED:  June 24, 2009        Gary S. Austin
    United States Magistrate Judge